John E. McDermott (SBN 51047)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
McDermottJ@howrey.com

Benjamin K. Riley (SBN 112007)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4000
Facsimile: (415) 848-4999
RileyB@howrey.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRUCE MCPHERSON, as Secretary of State for the State of California, *et al.*,<br><br>    Defendants. | Case No. C 06 4670 SBA<br><br>The Honorable Saundra B. Armstrong<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING, WITHOUT PREJUDICE, PLAINTIFF CALIFORNIA COUNCIL OF THE BLIND INC.'S CLAIMS AGAINST DEFENDANT DAVE MACDONALD** |

HOWREY LLP

Case No. 06-4670-SBA- STIPULATION AND [PROPOSED] ORDER DISMISSING, WITHOUT PREJUDICE, CA COUNCIL OF THE BLIND'S CLAIMS AGAINST DAVE MACDONALD

DM_US:20718036_1

1  WHEREAS, Plaintiff California Council of the Blind, Inc. ("CCB") objected, on First
2  Amendment grounds, to certain Federal Rule of Civil Procedure 30(b)(6) deposition topics noticed by
3  Defendant Dave Macdonald.

4  WHEREAS, Defendant Dave Macdonald filed a Motion to Compel CCB to reveal the names of
5  its members.

6  WHEREAS, the Court issued an order referring this discovery dispute concerning the
7  deposition of CCB's Federal Rule of Civil Procedure 30(b)(6) witness to a magistrate judge.

8  WHEREAS, Plaintiff CCB filed an opposition to Defendant Dave Macdonald's Motion to
9  Compel CCB to reveal the names of its members.

10 WHEREAS, Chief Magistrate Judge James Larson granted Defendant Dave Macdonald's
11 Motion to Compel Compliance with Discovery Obligations.

12 WHEREAS, Plaintiff CCB does not want to disclose the names of its members, for all of the
13 reasons articulated in its opposition to Defendant Dave Macdonald's Motion to Compel.

14 WHEREAS, Plaintiff CCB thus voluntarily dismisses its claims against Defendant Dave
15 Macdonald but reserves its rights to pursue its claims against Defendant Secretary Bruce McPherson.

16 WHEREAS, Defendant Dave Macdonald has no objection to this dismissal.

17 THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties'
18 attorneys of record as follows:

19 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all of Plaintiff CCB's claims against
20 Defendant Dave Macdonald shall be dismissed without prejudice.

22 Dated: October 5, 2007            Respectfully submitted,

23                                   By:      /s/ John E. McDermott
24                                   John E. McDermott
                                     HOWREY LLP
25                                   550 South Hope Street, Suite 1100
                                     Los Angeles, CA 90071
26
27                                   Attorneys for Plaintiffs

HOWREY LLP

2
Case No. 06-4670-SBA- STIPULATION AND [PROPOSED] ORDER DISMISSING, WITHOUT
PREJUDICE, CA COUNCIL OF THE BLIND'S CLAIMS AGAINST DAVE MACDONALD
DM_US:20718036_1

| | |
|---|---|
| Dated: October 5, 2007 | By: /s/ Raymond Lara<br>Richard E. Winnie<br>Nancy E. Fenton<br>Raymond Lara<br>County Counsel's Office<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612<br><br>Attorneys for Defendant Dave Macdonald, Registrar of Voters for the County of Alameda |
| Dated: October 5 2007 | By: /s/ Douglas J. Woods<br>Edmund G. Brown<br>Christopher E. Krueger<br>Douglas J. Woods<br>Susan K. Leach<br>Attorney General's Office<br>1300 I Street, Suite 125<br>Sacramento, CA 94244<br><br>Attorneys for Defendant Bruce McPherson as Secretary of State |
| Dated: October 5, 2007 | By: /s/ Wayne Snodgrass<br>Dennis J. Herrera<br>Wayne Snodgrass<br>City Attorney's Office<br>#1 Dr. Carlton B. Goodlett Place<br>City Hall, Room 234<br>San Francisco, CA 94102-4682<br><br>Attorneys for Defendant John Arntz, Director of Elections for City and County of San Francisco |

HOWREY LLP

3

Case No. 06-4670-SBA- STIPULATION AND [PROPOSED] ORDER DISMISSING, WITHOUT PREJUDICE, CA COUNCIL OF THE BLIND'S CLAIMS AGAINST DAVE MACDONALD

DM_US:20718036_1

| | |
|---|---|
| Dated: October 5, 2007 | By: /s/ Sheila Shah Lichtblau |
| | Patrick K. Faulkner |
| | James Flageollet |
| | Sheila Shah Lichtblau |
| | County Counsel's Office |
| | Room 303, Civic Center |
| | San Rafael, CA 94903 |

Attorneys for Defendant Michael Smith as Registrar of Voters of Marin County

## ORDER

IT IS SO ORDERED.

Dated: 10/10/ , 2007

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge