UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BRUCE MCPHERSON, a Secretary of State for the State of California,<br><br>    Defendant(s). | No. C06-4670 SBA (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

At the joint request of the parties and with the concurrence of Judge Armstrong, **IT IS HEREBY ORDERED** that the settlement conference scheduled for December 6, 2007 is **continued** to **January 31, 2008 at 9:00 a.m.** Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Settlement conference statements are due seven days prior to the settlement conference.  The previous settlement conference order otherwise remains in full force and effect.

Dated: November 29, 2007

                                      Bernard Zimmerman
                              United States Magistrate Judge

1