UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>BRUCE MCPHERSON, a Secretary of State for the State of California,<br><br>    Defendant(s). | No. C06-4670 SBA (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that the settlement conference presently scheduled for January 31, 2008 is **continued** to **Tuesday, March 25, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Each party shall file a supplemental settlement conference statement summarizing the events that have occurred since their last settlement statement and setting forth their current settlement position by **March 18, 2008.** The previous settlement conference order otherwise remains in full force and effect.

Dated: January 24, 2008

                                  Bernard Zimmerman
                            United States Magistrate Judge

g:\bzall\-refs\refs.08\paralyzed vets.cont.sc.wpd

1