UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA,<br><br>   Plaintiff(s),<br><br> v.<br><br>BRUCE MCPHERSON, a Secretary of State for the State of California,<br><br>   Defendant(s). | No. C06-4670 SBA (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

On March 19, 2008, several defendants filed a request to continue the settlement conference presently scheduled for Tuesday, March 25, 2008. No opposition was received. Good cause appearing, and with the concurrence of Judge Armstrong, **IT IS HEREBY ORDERED** that the settlement conference is continued to **Tuesday, May 6, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The previous settlement conference order otherwise remains in full force and effect.

Dated: March 20, 2008

            Bernard Zimmerman
            United States Magistrate Judge

g:\bzall\-refs\refs.08\paralyzed vets.continue.sc.wpd

1