UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, </br></br>  Plaintiff(s), </br></br> v. </br></br> BRUCE MCPHERSON, a Secretary of State for the State of California, </br></br>  Defendant(s). | No. C06-4670 SBA (BZ) </br></br> **ORDER CONTINUING SETTLEMENT CONFERENCE** |

On April 21, 2008 the parties filed a request to continue the settlement conference presently scheduled for Tuesday, May 6, 2008. Good cause appearing, and with the concurrence of Judge Armstrong, **IT IS HEREBY ORDERED** that the settlement conference is continued to **Thursday, May 29, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The previous settlement conference order otherwise remains in full force and effect.

Dated: April 23, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.08\paralyzedvets.continue.sc.4.23.08.wpd

1