1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  PARALYZED VETERANS OF        )
    AMERICA,                     )
12                               )         No. C06-4670 SBA (BZ)
              Plaintiff(s),      )
13                               )
         v.                      )         **ORDER CONTINUING**
14                               )         **SETTLEMENT CONFERENCE**
                                 )
15  BRUCE MCPHERSON, a Secretary )
    of State for the State of    )
16  California,                  )
                                 )
17            Defendant(s).      )
                                 )
18  _____     )

19       At the request of defendants, and with the concurrence of

20  Judge Armstrong, **IT IS HEREBY ORDERED** that the settlement

21  conference scheduled for May 29, 2008 at 9:00 a.m. is **continued**

22  to **Thursday, August 14, 2008 at 9:00 a.m.** in Courtroom G, 15th

23  Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

24  California 94102.  By no later than **August 11, 2008**, each party

25  shall either file a supplemental settlement conference statement

26  addressing any recent developments that effect settlement or

27  file a new settlement conference statement.  The settlement

28  ///

                                  1

1 | conference order previously issued otherwise remains in full
2 | force and effect.
3 | Dated: May 20, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.08\paralyzedvets.continue.sc.4.23.08.wpd