UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA,<br><br>        Plaintiff(s),<br><br>   v.<br><br>BRUCE MCPHERSON, a Secretary of State for the State of California,<br><br>        Defendant(s). | No. C06-4670 SBA (BZ)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

At the request of defendants, and with the concurrence of Judge Armstrong, **IT IS HEREBY ORDERED** that the settlement conference scheduled for Thursday, August 14, 2008 is **continued** to **Tuesday, October 28, 2008 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  By no later than **October 21, 2008**, each party shall either file a supplemental settlement conference statement addressing any recent developments that affect settlement or file a new settlement conference statement.  The settlement conference order previously issued otherwise remains in full

1

1 | force and effect.
2 | Dated: August 6, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

7 | g:\bzall\-refs\refs.08\paralyzedvets.continue.sc.8.6.08.wpd