**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

PARALYZED VETERANS OF AMERICA, *et al.*,

        Plaintiffs,

  v.

BRUCE MCPHERSON, *et al.*,

        Defendants.

No. C 06-4670 SBA

**ORDER**

The hearing set for September 9, 2008 at 1:00 p.m., for plaintiffs' Motion for Leave to File a Supplemental Pleading in Support of Plaintiffs' Motion for Summary Judgment against Marin County [Docket No. 194] is VACATED, as the Court considers the matter submitted on the pleadings. An order will issue in due course.

IT IS SO ORDERED.

September 2, 2008

                                            Saundra Brown Armstrong
                                            United States District Judge