John E. McDermott (SBN 51047)
Sharla Manley (SBN 240026)
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 892-1800
Facsimile: (213) 892-2300
McDermottJ@howrey.com
ManleyS@howrey.com

Benjamin K. Riley (SBN 112007)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4000
Facsimile: (415) 848-4999
RileyB@howrey.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BRUCE MCPHERSON, as Secretary of State for the State of California, *et al.*,<br><br>Defendants. | Case No. C 06 4670 SBA<br><br>The Honorable Saundra B. Armstrong<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL COMPLAINT**<br><br>Action filed: August 1, 2006 |

DENNIS J. HERRERA (SBN 1396690)
City Attorney
WAYNE SNODGRASS (SBN 148137)
Deputy City Attorney
City and County of San Francisco
Room 234, City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682
Telephone: (415) 554-4675
Facsimile: (415) 554-4699
Email: wayne.snodgrass@sfgov.org

Attorneys for Defendant, John Arntz,
As Director of Elections for the City and County of San Francisco

Plaintiffs and Defendant John Arntz, Director of Elections for the City and County of San Francisco present this Stipulation and [Proposed] Order for Extension of Time to File a Supplemental Complaint regarding assistive devices:

**RECITALS**

1. Whereas the Court granted in part and denied in part plaintiffs' Motion to File a Supplemental Complaint to assert an assistive device claim against defendant Arntz;

2. Whereas plaintiffs are required to file the Supplemental Complaint by September 29, 2008;

3. Whereas plaintiffs and defendant Arntz are discussing a settlement proposal that would make a Supplemental Complaint unnecessary;

**STIPULATION**

1. Plaintiffs and defendant Arntz therefore agree to extend the date for filing the Supplemental Complaint to October 20, 2008.

Dated: September 24, 2008

Respectfully submitted,

By: /s/ John E. McDermott
John E. McDermott
Sharla Manley

HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071

Attorneys for Plaintiffs

Dated: September 24, 2008

By: /s/ Wayne Snodgrass
Wayne Snodgrass
Dennis J. Herrera
City's Attorney Office
City and County of San Francisco
Room 234, City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4682

Attorneys for Defendant John Arntz, As Director of Elections for the City and County of San Francisco

**ORDER**

IT IS SO ORDERED.

Dated: 9/30/08

Saundra B. Armstrong
The Honorable Saundra B. Armstrong
United States District Court Judge
District of Northern California

Presented by:
/s/John E. McDermott
John E. McDermott
Howrey, LLP

Attorneys for Plaintiffs