1  John E. McDermott (SBN 51047)
   Sharla Manley (SBN 240026)
2  HOWREY, LLP
   550 South Hope Street, Suite 1100
3  Los Angeles, California  90071
   Telephone:  (213) 892-1800
4  Facsimile:  (213) 892-2300
   E-mail:  mcdermottj@howrey.com
5  E-mail:  manleys@howrey.com

6  Benjamin K. Riley (SBN 112007)
   HOWREY, LLP
7  525 Market Street, Suite 3600
   San Francisco, California 94105
8  Telephone:  (415) 848-4000
   Facsimile:  (415) 848-4999
9  E-mail:  rileyb@howrey.com

10  Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15

16  PARALYZED VETERANS OF AMERICA, *et al.,*            ) Case No. C 06 4670 SBA
                                                        )
17              Plaintiffs,                             ) The Hon. Saundra B. Armstrong
                                                        )
18        vs.                                           )
                                                        )
19  BRUCE McPHERSON, as Secretary of State for          ) **NOTICE OF SETTLEMENT**
    the State of California, *et al.,*                  )
20                                                      ) Action filed: August 1, 2006
                Defendants.                             )
21                                                      )
                                                        )
22                                                      )
                                                        )
23                                                      )
                                                        )
24  _____           )

25

26

27

28

DM_US:20973684_1

REY LLP

1  TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2          Plaintiffs hereby provide notice that Plaintiffs will not be filing a supplemental complaint.

3  Plaintiffs and Defendant John Arntz have reached a settlement agreement, resolving Plaintiffs' claim

4  as to assistive devices for manually-impaired voters in the City and County of San Francisco.

5          Plaintiffs filed a notice of dismissal as to Defendant Oakley on December 12, 2006.  (Docket

6  No. 55).  Also, Plaintiff CCB withdrew from the lawsuit this summer.  Thus, Plaintiffs will not be

7  litigating this case any further before this Court.

8

9

10  Dated:  October 31, 2008.                          HOWREY LLP

11

12

13                                          By:        /s/ John E. McDermott
                                                       John E. McDermott
14                                                     Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REY LLP

DM_US:20973684_1