UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARALYZED VETERANS OF AMERICA ET AL,<br>   Plaintiff,<br><br> vs.<br><br>MCPHERSON ET AL,<br><br>   Defendant. | No. C06-04670 SBA<br><br>ORDER DISMISSING ACTION |

  The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

  IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

  IT IS SO ORDERED.

DATED: 11/3/08

           _____
           SAUNDRA BROWN ARMSTRONG
           United States District Judge